# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ICON HEALTH & FITNESS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 20-1386-UNA |
| | ) |
| PELOTON INTERACTIVE, INC., | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF ICON HEALTH & FITNESS INC.'S
## MOTION FOR PRELIMINARY INJUNCTION

Plaintiff ICON Health and Fitness, Inc. ("ICON") hereby respectfully moves this Court to enter a preliminary injunction pursuant to 35 U.S.C. § 283 and Federal Rule of Civil Procedure 65(a), barring defendant Peloton Interactive, Inc. ("Peloton") and Peloton's officers, agents, servants, employees and attorneys, all parent, subsidiary, and affiliate corporations and other related business entities, and all other persons or entities acting in concert, participation, or privity with one or more of them, and their successors and assigns, from:

1. Marketing, advertising, selling, and offering for sale within the United States products with features that infringe claim 47 of United States Patent No. 7,166,062, including without limitation the "Auto-Follow Resistance" feature on the Peloton Bike+;

2. Inducing other persons to market, advertise, sell, or offer for sale within the United States products with features that infringe claim 47 of United States Patent No. 7,166,062, including without limitation, the "Auto-Follow Resistance" feature on the Peloton Bike+;

3. Contributing to any acts of or by other persons marketing, advertising, selling, or offering for sale within the United States products with features that infringe claim 47 of United States Patent No. 7,166,062, including without limitation, the "Auto-Follow Resistance" feature on the Peloton Bike+; and

4. Operating or facilitating the operation of the "Auto-Follow Resistance" feature of any of its products, including the Peloton Bike+, that prior to the issue of the requested preliminary injunction Peloton has sold, distributed, or made available to any third person.

The grounds for this motion are set forth in ICON's opening brief in support of this motion for preliminary injunction and the exhibits, declarations, and other materials submitted herewith.

| OF COUNSEL: | */s/ Frederick L. Cottrell, III* |
|---|---|
| | Frederick L. Cottrell, III (#2555) |
| David R. Wright | Christine D. Haynes (#4697) |
| MASCHOFF BRENNAN GILMORE ISRAELSEN & WRIGHT PLLC | RICHARDS, LAYTON & FINGER, P.A. |
| | 920 N. King Street |
| 111 South Main Street, Suite 600 | Wilmington, Delaware 19801 |
| Salt Lake City, Utah 84111 | (302) 651-7700 |
| (801) 297-1850 | cottrell@rlf.com |
| | haynes@rlf.com |
| Sterling A. Brennan | |
| Tyson K. Hottinger | *Attorneys for Plaintiff* |
| MASCHOFF BRENNAN GILMORE ISRAELSEN & WRIGHT PLLC | |
| 100 Spectrum Center Drive, Suite 1200 | |
| Irvine, California 92618 | |
| (949) 202-1900 | |

Dated: October 15, 2020

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing document will be served on Defendant Peloton Interactive, Inc. as follows:

### BY HAND DELIVERY

Peloton Interactive, Inc.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE  19808

            */s/ Christine D. Haynes*
            Christine D. Haynes (#4697)
            Haynes@rlf.com