IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ICON HEALTH & FITNESS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 20-1386-UNA |
| v. | ) |
| | ) |
| PELOTON INTERACTIVE, INC., | ) |
| | ) |
| Defendant. | ) |

### [PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION

The Court, having considered the parties' submissions and arguments on the motion by plaintiff ICON Health & Fitness Inc. ("ICON") for a preliminary injunction, and having found sufficient grounds favoring issuance of a preliminary injunction, it is hereby ORDERED this _____ day of _____, 20_____ that:

1. ICON's motion for a preliminary injunction is GRANTED.

2. Defendant Peloton Interactive, Inc. ("Peloton"), and Peloton's officers, agents, servants, employees and attorneys, all parent, subsidiary, and affiliate corporations and other related business entities, and all other persons or entities acting in concert, participation or in privity with one or more of them, and their successors and assigns, are each prohibited, pending final determination of the patent infringement claims in the above-captioned matter or otherwise ordered by this Court, from:

   a. marketing, advertising, selling, or offering for sale within the United States products with features that infringe claim 47 of United States Patent No. 7,166,062, including without limitation the "Auto-Follow Resistance" feature on the Peloton Bike+;

2

b. inducing other persons to market, advertise, sell, or offer for sale within the United States products with features that infringe claim 47 of United States Patent No. 7,166,062, including without limitation, the "Auto-Follow Resistance" feature on the Peloton Bike+;

c. contributing to any acts of other persons marketing, advertising, selling, or offering for sale within the United States products with features that infringe claim 47 of United States Patent No. 7,166,062, including without limitation, the "Auto-Follow Resistance" feature on the Peloton Bike+; and

d. operating or facilitating the operation of the "Auto-Follow Resistance" feature of any of its products, including the Peloton Bike+, that prior to the issue of this Order Peloton has sold, distributed, or made available to any third person.

/s/
The Honorable Richard G. Andrews
United States District Judge