IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ICON HEALTH & FITNESS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 20-1386 (RGA) |
| v. | ) |
| | ) |
| PELOTON INTERACTIVE, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

WHEREAS, Defendant Peloton Interactive, Inc. ("Peloton") moved to seal documents and to seal the courtroom for the Preliminary Injunction Hearing scheduled for Monday, December 21, 2020 and Plaintiff ICON Health & Fitness, Inc. did not oppose the motion [NOT];

WHEREAS, the Court has considered the Motion and found a showing that the parties would suffer a clearly defined and serious injury from the disclosure of their confidential information during the Preliminary Injunction Hearing sufficient to rebut the presumption of public access to the Hearing; DENIED

THEREFORE, Peloton's Motion is ~~GRANTED~~ and the exhibits and hearing shall not be sealed.

IT IS SO ORDERED.

Date: DEC 17, 2020

_____
United States District Judge