IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ICON HEALTH & FITNESS, INC.,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | C.A. No. 20-1386 (RGA) |
| v.  ) | |
| ) | |
| PELOTON INTERACTIVE, INC.,  ) | |
| ) | |
| Defendant.  ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to D. Del. LR 83.5 and the attached certifications, counsel moves the admission pro hac vice of Gabriel S. Gross, Stephen D. O'Donohue, Karen D. Klass, Julia S. Waterhous and Benjamin M. Alred of LATHAM & WATKINS LLP to represent Defendant Peloton Interactive, Inc. in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Michael J. Flynn*

Michael J. Flynn (#5333)
Andrew M. Moshos (#6685)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
mflynn@mnat.com
amoshos@mnat.com

*Attorneys for Defendant Peloton Interactive, Inc.*

March 8, 2021

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsels' motion for admission pro hac vice is granted.

Date: _____          _____
                                   UNITED STATES DISTRICT JUDGE

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to D. Del. LR 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 09/01/2016, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date:   3/8/2021

*/s/ Gabriel S. Gross*
Gabriel S. Gross
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628
gabe.gross@lw.com

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to D. Del. LR 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 09/01/2016, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date:   3/8/2021

*/s/ Stephen D. O'Donohue*
Stephen D. O'Donohue
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4834
(212) 906-1274
stephen.odonohue@lw.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to D. Del. LR 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 09/01/2016, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date:   3/8/2021

/s/ *Karen D. Klass*
Karen D. Klass
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 777-7157
karen.klass@lw.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to D. Del. LR 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 09/01/2016, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date:  3/8/2021

/s/ *Julia Storino Waterhous*
Julia Storino Waterhous
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 777-7224
julia.waterhous@lw.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to D. Del. LR 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 09/01/2016, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date:   3/8/2021

*/s/ Benjamin M. Alred*
Benjamin M. Alred
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 470-4973
ben.alred@lw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 8, 2021, upon the following in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III<br>Christine D. Haynes<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| David R. Wright<br>MASCHOFF BRENNAN LAYCOCK GILMORE<br>ISRAELSEN & WRIGHT PLLC<br>111 South Main Street, Suite 600<br>Salt Lake City, UT 84111<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Sterling A. Brennan<br>Tyson K. Hottinger<br>MASCHOFF BRENNAN GILMORE<br>ISRAELSEN & WRIGHT PLLC<br>100 Spectrum Center Drive, Suite 1200<br>Irvine, CA 92618<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Michael J. Flynn*

Michael J. Flynn (#5333)